P. F. GARRIS AND E. B. GARRIS, ADMINISTRATORS OF GEORGE W. GARRIS, v. W. P. HARDY.

(Filed 19 December, 1930.)

**Controversy without Action A b—Appeal from judgment in controversy without action will be dismissed when affidavit has not been filed.**

An appeal from a judgment in a controversy without action on an agreed statement of facts when the necessary affidavit has not been filed will be dismissed.

APPEAL by defendant from *Devin, J.,* 3 November, 1930. From LENOIR.

Controversy without action, submitted on agreed statement of facts but unaccompanied by jurisdictional affidavit.

Judgment for plaintiff. Defendant appeals.

*J. Faison Thomson for plaintiffs.*

*N. W. Outlaw for defendant.*

PER CURIAM. Dismissed for failure to accompany agreed statement of facts with necessary affidavit. *Grandy v. Gulley,* 120 N. C., 176, 26 S. E., 779; *Pruitt v. Wood,* 199 N. C., 788.

Dismissed.